No. 81–6971.   ROBERTS v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 81–6972.   PINERO v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–6973.   MOUSSALLIE v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–6975.   RUDMAN v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 81–6977.   VANN v. DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir.   Certiorari denied.

No. 81–6979.   SHAPIRO v. UNITED STATES VETERANS ADMINISTRATION.   C. A. 2d Cir.   Certiorari denied.

No. 81–6980.   RUBIN v. TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 81–6981.   McKEOWN v. PIGG ET AL.   C. A. 7th Cir. Certiorari denied.

No. 81–6982.   MEDDOWS v. ILLINOIS.   App. Ct. Ill., 5th Dist.   Certiorari denied.

No. 81–6984.   VINSON v. TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 81–6985.   LEDBETTER v. REGAN, SECRETARY OF THE TREASURY.   C. A. D. C. Cir.   Certiorari denied.

No. 81–6986.   BROWN v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 81–6987.   CHURCH v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 81–6988.   BUCKMORE v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.